UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DOUGLASS HARPHAM,

              Plaintiff,

   -against-                        MEMORANDUM AND ORDER
                                     10-CV-02868(JS)(AKT)

NRA GROUP LLC, D/B/A NATIONAL RECOVERY AGENCY

              Defendant.
----------------------------------------X

APPEARANCES:

For Plaintiff:       Robert D. Lipman, Esq.
                    Lipman & Plesur, LLP
                    500 North Broadway, Suite 105
                    Jericho, NY 11753-2131

For Defendant:      No appearances.

SEYBERT, District Judge:

        Presently pending before the Court is Plaintiff's Complaint. This Complaint asserts two state law claims, and asserts subject matter jurisdiction based on diversity of citizenship. But before this case proceeds further, the Court must be satisfied that subject matter jurisdiction exists. Plaintiff is a New York citizen. And Defendant, NRA Group, LLC, is a limited liability company. For diversity purposes, a limited liability company is a citizen of every state that its members are citizens of. See Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51 (2d Cir. 2000); Castillo Grand LLC v. Sheraton Operating Corp., 09-CV-7197, 2009 WL 4667104, *1 (S.D.N.Y. 2009). Consequently, within thirty (30) days, NRA Group, LLC is directed

to file and serve: (1) a declaration setting forth the relevant facts concerning the citizenship of each of its members; and (2) documentation supporting these relevant facts.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated:   June 25, 2010
         Central Islip, New York