UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
Douglass Harpham,

                    Plaintiff,

          -against-                              MEMORANDUM AND ORDER
                                                10-CV-02868(JS)(AKT)

NRA Group LLC, d/b/a National Recovery Agency

                    Defendant.
----------------------------------------X

APPEARANCES:

For Plaintiff:        Robert D. Lipman, Esq.
                      Lipman & Plesur, LLP
                      500 North Broadway, Suite 105
                      Jericho, NY 11753-2131

For Defendant:        Andrew T. Miltenberg, Esq.
                      Nesenoff & Miltenberg, LLP
                      363 Seventh Avenue, 5th Floor
                      New York, NY 10001

SEYBERT, District Judge:

          On June 25, 2010, the Court ordered Defendant NRA Group,

LLC to, within thirty (30) days, file and serve: (1) a declaration

setting forth the relevant facts concerning the citizenship of each

of its members; and (2) documentation supporting these relevant

facts.  Defendant still has not done so.  See Docket No. 2.

          At the time the Court issued its Order, Defendant had not

yet appeared in this litigation.  And it is possible, though

somewhat odd, that Defendant has never bothered to check ECF, and

thus is unaware of the Court's demand.  To that end, the Court

grants Defendant fourteen (14) more days to comply with its June

25th Order.  The Court reminds Defendant that, as its <u>sua</u> <u>sponte</u> Order concerns potential subject matter jurisdiction defects, it cannot rule on Defendant's pending motion to transfer venue until its Order is complied with.  Additionally, a continuing failure to comply will result in sanctions under Fed. R. Civ. P. 11.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated:     December 29, 2010
           Central Islip, New York